IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JIMMY D. BOLENBARKER, JR.,** | ) | Civil Action No. 7:12-cv-00131 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JACK LEE,** | ) | By:   Hon. Michael F. Urbanski |
|     Defendant. | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

          Entered:  March 22, 2012

          */s/ Michael F. Urbanski*

          Michael F. Urbanski
          United States District Judge